# Court of Appeals
# of the State of Georgia

ATLANTA,___October 30, 2015_____

*The Court of Appeals hereby passes the following order:*

**A16A0263.  ROBERT JAY DAVIS v. THE STATE.**

Robert Jay Davis appeals from the trial court's August 19, 2015, order denying his motion to modify a restraining order against him.  Davis filed both a discretionary application, Case No. A16D0057, and this direct appeal, seeking review of the same trial court order.

We denied Davis's application for discretionary appeal on October 19, 2015. Because that denial was an adjudication on the merits, the doctrine of res judicata bars this direct appeal.  See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007).  This appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____* 10/30/2015 _____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*